# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Hartford Casualty Insurance Company, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00183-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Ted A. Greve | ) | |
| Ted A. Greve & Associates, PA, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 17, 2017 Order.

November 17, 2017

_____
Frank G. Johns, Clerk
United States District Court